# Court of Appeals
## Tenth Appellate District of Texas

=====================================

10-26-00157-CV

=====================================

In re Joyce Weaver, Joyce Ellison-Harris, and Alandus Weaver

=====================================

Original Proceeding

=====================================

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Relators Joyce Weaver, Joyce Ellison-Harris, and Alandus Weaver filed a petition for writ of mandamus and an emergency motion to stay on April 27, 2026. By order dated April 30, 2026, this Court temporarily stayed the trial court's April 21, 2026 order directing the Navarro County District Clerk to disburse funds held in the court's registry to Dica Weaver.

Having reviewed the petition, real party in interest's response, and the records provided, we deny relators' petition for writ of mandamus and emergency motion to stay, and we lift the temporary stay. *See* TEX. R. APP. P. 52.8(a).

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  May 14, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied
OT06

